# EXHIBIT A



# FINAL REQUEST FOR FILING FEE FROM RESPONDENT

NOTICE TO ALL PARTIES                                                                April 17, 2024

    Re:    **Carella Byrne CuriosityStream Filings**
              Reference #: 1601003090

Dear Parties:

Please be advised that JAMS has not received the non-refundable Filing Fee from the Respondent party as previously requested. If the non-refundable Filing Fee of $43,750 is not received within 30 days, JAMS will close the file.

Contact me at 313-209-8851 or snevins@jamsadr.com if you have questions.

Sincerely,


Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com


Enclosure:



# RETAINER

**Invoice Date**
3/20/2024

**Invoice Number**
7085464

Bill To: Mr. Adam Bowser Esq.
ArentFox Schiff LLP
233 S. Wacker Dr.
Suite 7100
Chicago, IL 60606
US

| | |
|---|---|
| **Reference #:** | 1601003090 - Rep# 4 |
| Billing Inquiries: | Nichols, Katie |
| Email: | knichols@jamsadr.com |
| Telephone: | 949-224-4603 |
| Employer ID: | 68-0542699 |

RE: **Carella Byrne CuriosityStream Filings**
Representing: **CuriosityStream, Inc.**

Neutral(s): **JAMS 1-JAMS**
Hearing Type: **ARBITRATION**                    SN

| Date / Time | Description | Your Share |
|---|---|---|
| 3/19/24 | **JAMS INC** Non-Refundable Filing Fees 25 cases x $1,750.00/each | $ 43,750.00 |

| | |
|---|---|
| **Total Billed:** | $ 43,750.00 |
| **Total Payment:** | $ 0 |
| **Balance:** | $ 43,750.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

**Click here to pay**

Standard mail:
P.O. Box 845402
Los Angeles, CA 90084

Overnight mail:
18881 Von Karman Ave. Suite 350
Irvine, CA 92612

Printed on 3/20/2024 / **1601003090 - Rep# 4**                                                                 1 of 1