# EXHIBIT B



# NOTICE OF CLOSING FILE

NOTICE TO ALL PARTIES                                                        May 21, 2024

RE:     **Carella Byrne CuriosityStream Filings**
            Reference #: 1601003090

Dear Parties:

This letter is to confirm the above referenced matter is closed as of May 21, 2024 due to lack of participation on behalf of Respondent.

Please contact me should you have any questions.


Sincerely,


Sarah Nevins
Arbitration Practice Manager
snevins@jamsadr.com